**SAMUEL C. STRETTON**
**ATTORNEY AT LAW**
301 South High Street
P.O. Box 3231
West Chester, PA  19381-3231

610-696-4243
**FAX 610-696-2919**

March 6, 2017


Honorable John R. Padova
U.S. District Court for the
 Eastern District of Pennsylvania
17613 U.S. Courthouse
601 Market Street
Philadelphia, PA     19106

    Re:  In re: Francis Malofiy, Esquire
          D.C. Civil Action No. 14-mc-000139

Dear Judge Padova:

In reference to Francis Malofiy, at the request of the Hearing Committee, we had the notes of testimony of his copyright trial in California hand delivered to you. Judge Sanchez had also asked for the Certificate of Compliance. I have enclosed a copy of that Certificate, which was filed on September 27, 2016.

Also pursuant to Judge Sanchez's request, the list of clients is as follows:

        a.)  Dan Marino

        b.)  James Smallwood/The Choice is Yours, Inc.

        c.)  Ana Soares

        d.)  Anastasios Papadopoulos

Finally, in reference to the CLE requirements, I have asked Mr. Malofiy to get me a list of the CLE's he has taken. I should have that in several days and will submit that to the Court.

If the Court wishes for a second day of hearing or needs anything else, please advise.

>Respectfully yours,
>
>*Samuel C. Stretton*
>Samuel C. Stretton

SCS:jac
Enc.

Cc: Francis Malofiy

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: FRANCIS MALOFIY, ESQUIRE | CIV. NO.: 14-MC-00139 |

# VERIFICATION OF COMPLIANCE

This Court's August 10, 2016 Order directed compliance with the Court's June 9, 2015 order. These orders required Francis Malofiy, Esquire to file a verification that he notified all litigants and clients in the Eastern District of Pennsylvania of his suspension of three months and one day. The Order also required Mr. Malofiy to notify all counsel who had entered their appearance on cases Mr. Malofiy was involved with to be notified of the suspension. These notifications were to take place within 10 days of the date of the Order, and were to be sent by certified mail with return receipt requested. In addition, Mr. Malofiy was to wind down his law practice in the Eastern District and withdraw from any cases while finding substitute counsel.

AND NOW, I, Francis Malofiy, Esquire, hereby verify that I notified all litigants and counsel in accordance with the terms of the Orders, and did so by certified mail, return receipt requested, within 10 days of the date of August 10, 2016. In addition, I withdrew from all cases in the Eastern District, and substitute counsel entered his appearance on August 8, 2016. Furthermore, my counsel, Samuel Stretton, has notified all courts I practice in of the discipline imposed. These courts are:

- Supreme Court of Pennsylvania
- Third Circuit Court of Appeals
- U.S. Tax Court
- Central District of California (pro hac vice on 14-cv-00396 and 15-cv-3462)
- Ninth Circuit Court of Appeals

I may be contacted at the address, phone number, and email below. This verification is made subject to the penalties of 18 P.S. § 4904, relating to unsworn falsification to authorities.

\*\*\*\*\*

*Respectfully submitted,*
FRANCIS ALEXANDER, LLC

/s/
_____
Francis Malofiy, Esquire
Attorney ID No.: 208494
280 N. Providence Road | Suite 1
Media, PA 19063
T: (215) 500-1000
F: (215) 500-1005
francis@francisalexander.com
*Law Firm / Lawyer*
*/d/ September 26, 2016*